# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

WALTER W. BLANCK,
      Plaintiff

    v.                                CASE NUMBER: 06-C-732

PATRICIA J. GORENCE,
      Defendant

☐     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.**  This action came before the Court and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the's motion for leave to proceed *in forma pauperis* (Doc. # 3) is **granted**; and

      **IT IS FURTHER ORDERED** that the plaintiff's motion to appoint counsel (Doc. # 9) is **denied** as moot.

      **IT IS FURTHER ORDERED** that this action be and hereby is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) for failure to state a claim.

      **IT IS FURTHER ORDERED** that the Clerk of Court document that this inmate has brought an action that was dismissed for failure to state a claim under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

      **IT IS FURTHER ORDERED** that the Clerk of Court document that this inmate has incurred a "strike" under 28 U.S.C. §1915(g).

      **IT IS FURTHER ORDERED** that the Secretary of the Wisconsin Department of Corrections or his designee shall collect from the plaintiff's prison trust account the $262.52 balance of the filing fee by collecting monthly payments from the plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the clerk of the court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2).  The payments shall be clearly identified by the case name and number assigned to this action.

**Civil Judgment - Page Two**
**Case No. 06-C-732**


      **IT IS FURTHER ORDERED** that the Clerk of Court enter judgment accordingly.

      **I FURTHER CERTIFY** that any appeal from this matter would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3) unless the plaintiff offers bonafide arguments supporting his appeal.




     November 1, 2006                                 SOFRON B. NEDILSKY
Date                                              Clerk

                                              s/ Jacki L. Koll
                                         (By) Deputy Clerk